IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **TIMOTHY FRANKLIN HARRIS** § | | **PLAINTIFF** |
| § | | |
| § | | |
| v. § | | Civil No. 1:23cv230-HSO-BWR |
| § | | |
| § | | |
| **PEARL RIVER COUNTY, MISS.** § | | **DEFENDANT** |

## FINAL JUDGMENT

In accordance with the Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 29th day of January, 2025.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
CHIEF UNITED STATES DISTRICT JUDGE